IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK BAILY, JR.** ) | |
| ) | Case No. 07-cv-00763-(RMC) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **DISTRICT HOSPITAL PARTNERS, L.P.** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby submits, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), this Notice of Voluntary Dismissal to dismiss all counts of the above-captioned matter without prejudice.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 41(a)(1), .an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs..

2. Plaintiff's Complaint was filed on 4-27-07.

3. Defendant was served with Plaintiff's Complaint.

4. As of the filing of this Notice, Defendant has neither answered Plaintiff's Complaint nor served Plaintiff with a motion for summary judgment.

5. Plaintiff wishes to dismiss this action at this time.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Jimmy A. Bell, Esq.
                                              Law Office of Jimmy A. Bell, P.C.
                                              9610 Marlboro Pike
                                              Upper Marlboro, MD 20772
                                              (301) 599-7620
                                              (301) 599-7623 (Fax)
                                              Counsel for Plaintiff
                                              Bar No. MD 14639